Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>        Plaintiff,<br>    v.<br>DOOBALLO FOOTWEAR, INC., a Georgia Corporation; and DOES 1-10, inclusive,<br>        Defendant.. | CASE NO. 2:14-CV-00695-SJO-AGR<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**Hon. S. James Otero** |

**IT IS HEREBY ORDERED** by and amongst the parties, through their respective attorneys of record, that this entire action be dismissed *without* prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action. **IT IS FURTHER ORDERED** that the jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for enforcement of the settlement between the parties.

DATED: February 18, 2015

_____
Hon. S. James Otero
**United States District Judge**